**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**TANCYINA MARCUS,**

**Plaintiff,**

**v.**

**CAROLYN W. COLVIN, Commissioner, Social Security Administration,**

**Defendant.**

**6:14-CV-00268-ST**

**ORDER**

**BROWN, Judge.**

Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#20) on November 20, 2014, in which she recommends this Court deny the Commissioner’s Motion (#17) to Dismiss. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*,

561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## **CONCLUSION**

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#20). Accordingly, the Court **DENIES** the Commissioner's Motion (#17) to Dismiss.

IT IS SO ORDERED.

DATED this 18th day of December, 2014.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge