IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TANCYINA MARCUS, | 6:14-CV-00268-ST |
| Plaintiff, | ORDER |
| v. | |
| CAROLYN W. COLVIN,<br>Commissioner, Social Security<br>Administration, | |
| Defendant. | |

BROWN, Judge.

    Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#37) on October 22, 2015, in which she recommends this Court grant Plaintiff's Motion (#35) for Attorney Fees under 28 U.S.C. § 2412(d). The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its

1 - ORDER

obligation to review the record *de novo*.  *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009).  *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#37).  Accordingly, the Court **GRANTS** Plaintiff's Motion (#35) for Attorney Fees under 28 U.S.C. § 2412 and **AWARDS** Plaintiff's counsel attorneys' fees in the amount of **$3,741.86**.

IT IS SO ORDERED.

DATED this 24th day of November, 2015.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER